IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  2:17-CR-017-D |
| THOMAS ROY CLARK | |

## FINAL ORDER OF FORFEITURE

Before the court is the government's unopposed motion for a final order of forfeiture. After consideration, the court determines the motion should be and is hereby granted.  Pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b), the court previously entered Preliminary Orders of Forfeiture forfeiting $18,587.00 in U.S. currency seized from Merrill Lynch Account number XXXX:2971, styled Thomas R Clark TTEE, U/A DTD 04/23/2002, BY Thomas R Clark REV LIV TR, PO BOX 463, Bushland, Texas 79012-0463; $35,163.23 in U.S. currency seized from Cheslea Financial Services Account number XXXX9907, styled Thomas R Clark, 2418 W 9th Avenue, Amarillo, Texas 79106; and $31,000.00 in lieu of Real Property at 18901 Stone Creek Road ("the property") from the defendant.

Notice of forfeiture of the property has been properly published, and the time for filing petitions under 21 U.S.C. § 853(n)(2) has expired.  No claims or petitions to the property have been filed with or received by the court.

**Final Order of Forfeiture – Page 1**

Further, the court finds that the defendant had an interest in the property that is forfeitable under 21 U.S.C. § 853(a) and/or 18 U.S.C. § 982(a)(7), and the court has entered a written judgment of conviction against the defendant that included the forfeiture order. The defendant has not appealed the judgment.

It is THEREFORE ORDERED and ADJUDGED that all right, title, and interest to the property is hereby condemned and forfeited to and vested in the government, and the United States Marshal's Service, Federal Bureau of Investigation, and/or their respective agents or assignees, shall dispose of the property according to law.

**SO ORDERED.**

Signed  May 29  , 2018.

_____
**SIDNEY A. FITZWATER**
**UNITED STATES DISTRICT JUDGE**

Final Order of Forfeiture – Page 2